# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FRED M. YOUNG, JR.,**
        **Plaintiff,**

v.                                                      Case No. 13-C-0635

**TIMOTHY VOCKE, et al.,**
        **Defendants.**

## ORDER

At the parties' request, I stayed this for ninety days pending a decision by the United States Supreme Court in McCutcheon v. Federal Election Commission, No. 12-536. The ninety-day stay has expired, yet the Supreme Court has not decided McCutcheon. On my own motion, I will reinstate the stay of all proceedings in this case, and will order that the stay remain in effect until the parties notify me that they wish to schedule further proceedings, which I expect them to do no later than ten days after the Supreme Court decides McCutcheon.

Accordingly, **IT IS ORDERED** that this case is **STAYED** until the parties notify me that they wish to schedule further proceedings.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2014.

                                                 s/ Lynn Adelman
                                                 _____
                                                 LYNN ADELMAN
                                                 District Judge